IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00768-BNB-KMT

KAREN SMITH,

  Plaintiff,

v.

THE AFFILIATED GROUP

  Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

  THIS MATTER comes before the Court upon the parties Stipulation of Dismissal With Prejudice.  The Court has reviewed the pleading and is fully advised in the premises.  It is

  ORDERED that, this matter is dismissed with prejudice, with each party to pay its own attorney's fees and costs.

  DATED *November 30* , 2010.

_____
United States District Judge

**BOYD N. BOLAND**
**United States Magistrate Judge**